gument denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

George E. Gilmartin, Respondent, v. Andrew B. Buchanan and Another, Appellants.— Motion for reargument denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Arthur Brubaker for Admission to the Bar. — Application granted. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

In the Matter of Acquiring Title by the City of New York to Certain Land and Premises Situated in the Block Bounded by Chauncey Street, Marion Street, Hopkinson Avenue and Rockaway Avenue, in the Borough of Brooklyn, Duly Selected According to Law for Use as a Storage Yard for the Department of Highways.— Motion granted, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Judicial Settlement of the Account of Percy Hinchman, as Administrator, etc., of George W. Hinchman, Deceased.— Motion to dismiss appeal granted, with ten dollars costs, unless within thirty days the appellants perfect their appeal and place the same upon the calendar, in which event the motion is denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor of Arthur J. Heaney, Deceased, etc.— Motion denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application to Revoke the Letters Testamentary Issued to Frank E. O'Reilly, as Executor of Arthur J. Heaney, Deceased, etc.— Motion denied, with costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Franklin P. Roberge for Payment of Award in the Proceeding Entitled In the Matter of Acquiring Title by the City of New York to Certain Lands and Premises Situated on the Southerly Side of Maurice Avenue and Carroll Place in the City of New York, Borough of Queens.— Order of reference to Joseph P. Conway, Esq., to take proof of the matter set forth in the petition and report to this court. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

In the Matter of the Application of Lillian V. Rourke for a Peremptory Writ of Mandamus against Herman A. Metz, as Comptroller of the City of New York. In the Matter of an Award for Part of Damage Parcel 61. In the Matter of Montgomery Street in the City of Brooklyn.— Motion denied, without costs. Present — Hirschberg, P. J., Jenks, Burr, Thomas and Carr, JJ.

In the Matter of the Application of Silas D. Webb and Others, Appellants, v. Joseph M. Belford, as Surrogate of Suffolk County, Respondent.— Appeal dismissed, with costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.

Pauline Konig, as Administratrix, etc., Appellant, v. Hecla Iron Works, etc., Respondent.— Motion denied, without costs. Present — Woodward, Jenks, Thomas, Rich and Carr, JJ.